1   JOHN D. WILSON (State Bar No. 94624)
    johnw@swwlaw.net
2   SCHWARTZ, WISOT & WILSON, LLP
    1875 Century Park East, Suite 850
3   Los Angeles, California 90067
    Telephone: (310) 277-2323
4   Facsimile: (310) 556-2308

5
    J. SCOTT BOVITZ (State Bar No. 93548)
6   bovitz@bovitz-spitzer.com
    BOVITZ & SPITZER
7   880 West First Street, Suite 502
8   Los Angeles, California 90012-2430
    Telephone:  (213) 346-8300
9   Facsimile:  (213) 620-1811

10  Attorneys for defendant Arnel Investments, LLC

11              UNITED STATES BANKRUPTCY COURT
12              CENTRAL DISTRICT OF CALIFORNIA
                    LOS ANGELES DIVISION
13

14  In re                                )  Case No. 2:08-bk-32333-BR
                                         )
15  NAMCO CAPITAL GROUP, INC., a California )  Chapter 11
    corporation; and EZRI NAMVAR, an individual, )
16                                       )  Adv. No. 2:09-ap-01307-BR
                                         )
17          Debtors.                     )
                                         )  **ANSWER OF ARNEL INVESTMENTS, LLC**
18  _____    )  **TO** <u>**PLAINTIFF PHYSICIANS RECIPROCAL**</u>
    PHYSICIANS RECIPROCAL INSURERS, a    )  <u>**INSURERS' FIRST AMENDED COMPLAINT**</u>
    business association,                )  <u>**FOR: (1) REFORMATION; (2) DECLARATORY**</u>
19                                       )  <u>**RELIEF; (3) EQUITABLE MORTGAGE; AND**</u>
                                         )  <u>**(4) JUDICIAL FORECLOSURE**</u>
20          Plaintiff,                   )
                                         )  [No hearing required on answer]
21      vs.                              )
                                         )  <u>Status Conference</u>
22  NAMCO CAPITAL GROUP, INC., a California )  Date:    September 21, 2009
    corporation; ARNEL INVESTMENTS, LLC, a )  Time:    2:00 p.m.
23  California limited liability corporation; FARHAD )  Place:   Courtroom 1668
    YAZDINIAN, an individual; AZITA NAZY )               255 East Temple Street
24  EFRAIM, an individual; ESTHER H. EFRAIM, an )               Los Angeles, CA
    individual; FEIZOLLAH EFRAIM, an individual; )
25  BLACK EQUINE HOLDINGS CORP., a California )
26  corporation; and DOES 1 through 20, inclusive, )
                                         )
27          Defendants.                  )
    _____    )
28

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

On June 24, 2009, Physicians Reciprocal Insurers filed its <u>First Amended Complaint for: (1) Reformation; (2) Declaratory Relief; (3) Equitable Mortgage; and (4) Judicial Foreclosure</u> ("Complaint").

Defendant Arnel Investments, LLC ("Arnel Investments") hereby responds to the Complaint.

1. Arnel Investments admits the allegations in ¶¶ 1, 3, 5, 6, 15, 18, 20, 21, 26, 38, 39, 40, and 53 of the Complaint.

2. Arnel Investments denies the allegations in ¶¶ 2, 12, 14, 22, 32, 33, 34, 36, 37, 41, 44, 46, and 47 of the Complaint.

3. Arnel Investments lacks knowledge or information sufficient to admit or deny the facts contained in ¶¶ 4, 7, 8, 9, 10, 11, 13, 16, 17, 19, 23, 24, 25, 29, 30, 31, 35, 42, 43, 48, 49, 50, and 51 of the Complaint; on that basis, Arnel Investments denies the allegations in these paragraphs.

4. In responding to the allegations of ¶ 27 of the Complaint, Arnel Investments admits that the legal description of the Property was not included in the

Deed of Trust. Except as otherwise admitted, the allegations of ¶ 27 are denied.

5. In responding to the allegations of ¶ 28 of the Complaint, Arnel Investments denies that "Additional proof that the parties intended that the Deed of Trust encumber the Property includes, but is not limited to, the fact that" in the first sentence of this paragraph. Except as otherwise denied, the allegations of ¶ 28 are admitted.

6. In responding to the allegations of ¶ 45 of the Complaint, Arnel Investments admits that "the legal description of the Property was not included in the Deed of Trust." Except as otherwise admitted, the allegations of ¶ 45 are denied.

7. In responding to the allegations of ¶ 52 of the Complaint, Arnel Investments admits that Physicians Reciprocal Insurers has "engaged the services of the law firm of Rutan & Tucker, LLP, to pursue its legal remedies, and has and will continue to incur attorney's fees." Except as otherwise admitted, the allegations of ¶ 52 are denied.

## FIRST AFFIRMATIVE DEFENSE

## TO ALL CLAIMS FOR RELIEF

8. Physicians Reciprocal Insurers' Complaint has failed to state any claim for relief.

## SECOND AFFIRMATIVE DEFENSE

## TO ALL CLAIMS FOR RELIEF

9. The interest of Physicians Reciprocal Insurers in the real property at 9920 South La Cienega Blvd. in Inglewood, California is avoidable under 11 U.S.C. § 544(a)(3) (the "strong arm clause").

## THIRD AFFIRMATIVE DEFENSE

## TO ALL CLAIMS FOR RELIEF

10. Plaintiff Physicians Reciprocal Insurers has failed to join necessary parties under Federal Rule of Bankruptcy Procedure 7019 and Federal Rule of Civil Procedure 19(a). The necessary (missing) parties are: Abraham B. Assil, lien claimant under a notice of attachment recorded on November 20, 2008 as

instrument number 2008-2053767; and Namco Capital Group, Inc.'s chapter 11 trustee, Bradley D. Sharpe. As a result of Physicians Reciprocal Insurers' failure to name Assil and Sharpe, this Court cannot accord complete relief among the present parties.

### FOURTH AFFIRMATIVE DEFENSE

### TO ALL CLAIMS FOR RELIEF

11. Relief should be denied to Plaintiff Physicians Reciprocal Insurers pursuant to the equitable maxim that he who seeks equity must do equity.

### FIFTH AFFIRMATIVE DEFENSE

### TO ALL CLAIMS FOR RELIEF

12. Relief should be denied to Plaintiff Physicians Reciprocal Insurers pursuant to the equitable maxim of unclean hands.

//

//

//

## SIXTH AFFIRMATIVE DEFENSE

## TO ALL CLAIMS FOR RELIEF

13. Relief should be denied to Plaintiff Physicians Reciprocal Insurers under the

doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

## TO ALL CLAIMS FOR RELIEF

14. Plaintiff Physicians Reciprocal Insurers' claim is subject to all defenses

available against the assignor of the note and deed of trust.

**WHEREFORE,** Arnel Investments prays that Physicians Reciprocal Insurers

take nothing under the Complaint. Arnel Investments also prays for an award of

reasonable attorneys' fees, as may be permitted by law, and costs. Arnel

Investments also prays for such other relief to which it is entitled.

//

//

//

1

Respectfully submitted,

2

DATED:    July 23, 2009

3

SCHWARTZ, WISOT & WILSON, LLP
and

4

BOVITZ & SPITZER

5

6

7

By: _____

J. SCOTT BOVITZ

8

Attorneys for

9

Arnel Investments, LLC

10

11

924\07239.P1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 880 W. First Street, Suite 502, Los Angeles, CA 90012-2430.

A true and correct copy of the foregoing document described as <u>ANSWER OF ARNEL INVESTMENTS, LLC TO</u> <u>PLAINTIFF PHYSICIANS RECIPROCAL INSURERS' FIRST AMENDED COMPLAINT FOR: (1)</u> <u>REFORMATION; (2) DECLARATORY RELIEF; (3) EQUITABLE MORTGAGE; AND (4) JUDICIAL</u> <u>FORECLOSURE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. The following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Penelope Parmes, pparmes@rutan.com (counsel to plaintiff)

J. Scott Bovitz, bovitz@bovitz-spitzer.com (co-counsel to Arnel Investments)

Thomas M. Geher, tgeher@jmbm.com (counsel to Bradley D. Sharp, chapter 11 trustee)

David M. Poitras, dpoitras@jmbm.com (counsel to Bradley D. Sharp, chapter 11 trustee)

Barry S. Glaser, bglaser@swjlaw.com

Jennifer Leland, jleland@pwkllp.com

Monserrat Morales, mmorales@pwkllp.com

David B. Shemano, dshemano@pwkllp.com

U.S. Trustee, ustpregion16.la.ecf@usdoj.gov (U.S. Trustee)

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _____, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 23, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Barry Russell, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012 (by personal delivery)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 23, 2009 | Glenda Perl | _(signature)_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |